889 A.2d 1168

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Jeffrey S. SMITH, Respondent.**

**No. 1078 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 29, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 29th day of December, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 30, 2005, it is hereby

ORDERED that Jeffrey S. Smith be and he is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.